IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:07-155-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| HASSAN L. RICHARDSON ) | |
| ) | |
| _____ ) | |

    This matter is before the court upon the defendant's motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582 in light of the recent Amendment 750 to the United States Sentencing Guidelines which changed the cocaine to cocaine base ratio from 100:1 to 18:1.

    The government has responded in opposition to the motion, correctly noting that because the defendant was sentenced in July 2008 to a statutory mandatory minimum sentence of 240 months, his sentence is not affected by Amendment 750.

    Because the mandatory minimum sentence imposed on the defendant may not be altered by Amendment 750, the motion under § 3582 for a reduction of sentence (ECF No. 1598) is denied.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 8, 2011       Joseph F. Anderson, Jr.
Columbia, South Carolina      United States District Judge